39 A.3d 993

Johnathan ROBINS, Petitioner

v.

PHILADELPHIA COUNTY CLERK OF COURTS
ACCOUNTING UNIT, Respondent.

No. 143 EM 2011.

Supreme Court of Pennsylvania.

March 8, 2012.

## ORDER

PER CURIAM.

AND NOW, this 8th day of March, 2012, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus and the Petition to Amend Mandamus are **DENIED**, and Respondent's Preliminary Objection is **DISMISSED AS MOOT**.

39 A.3d 994

Howard GIBSON, Petitioner

v.

PA. DEPARTMENT OF PROBATION
AND PAROLE, Respondent.

No. 142 EM 2011.

Supreme Court of Pennsylvania.

March 8, 2012.

## ORDER

PER CURIAM.

AND NOW, this 8th day of March, 2012, the "Letter Petition for Reinstatement of Appeal Rights" is **DENIED**.